**The Honorable Judge Robert J. Bryan**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RONALD H. BEHRMANN,<br>　　　　　Plaintiff,<br><br>vs.<br><br>ABB INC., sued individually and as successor-in-interest to I-T-E Imperial Corporation and I-T-E Circuit Breaker Company et al,<br>　　　　　Defendant. | NO. 3:20-cv-05685-RJB<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT J.R. CLARKSON COMPANY LLC, ONLY<br><br>***CLERK'S ACTION REQUIRED*** |

STIPULATION

Plaintiff and Defendant, J.R. Clarkson Company LLC, named in Plaintiff's Complaint Individually and as alleged successor in interest to the Kunkle Valve Company and Keystone International, hereby stipulate that all claims against Defendant, J.R. Clarkson Company LLC, Individually and as alleged successor in interest to the Kunkle Valve Company and Keystone International only, may be dismissed without prejudice and without costs and/or attorneys' fees as to either party.

//

//

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT J.R. CLARKSON COMPANY LLC, ONLY - 1

G‌ARDNER T‌RABOLSI & M‌ORDEKHOV PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
Facsimile (206) 256-6318

DATED this 5th day of April, 2021.

| | |
|---|---|
| MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC | GARDNER TRABOLSI & MORDEKHOV PLLC |
| By /s/ Alice Emerson<br>Alice Emerson, WSBA # 56451<br>Attorney for Plaintiff | By /s/ Ronald C. Gardner<br>Ronald C. Gardner, WSBA #9270<br>Attorney for Defendant J.R. Clarkson Company Company LLC |

ORDER

It is ORDERED, ADJUDGED and DECREED that Plaintiff's action against Defendant, J.R. Clarkson Company LLC, only, is hereby dismissed without prejudice, no costs to be awarded.

DATED this 6th day of April, 2021.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

*Presented by:*

GARDNER TRABOLSI & MORDEKHOV PLLC

By /s/ Ronald C. Gardner
Ronald C. Gardner, WSBA #9270
Attorney for Defendant J.R. Clarkson Company LLC

*Approved as to form; notice of presentation waived;*

MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC

By /s/ Alice Emerson
Alice Emerson, WSBA # 56451
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT J.R. CLARKSON COMPANY LLC, ONLY - 2

GARDNER TRABOLSI & MORDEKHOV PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
Facsimile (206) 256-6318